IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

ADDIS AMSALU,

           Defendant.

Case No. 1:23-MJ- 130

## AFFIDAVIT IN SUPPORT OF CRIMINAL INFORMATION AND SUMMONS

I, Anthony J. Volpe, state as follows:

1.     I am a Special Agent (SA) with the Department of the Army Criminal Investigation Division (DACID) and have been employed in that position since January of 2019. I have received formal training through the CID Special Agent Course in various investigative skills and investigative techniques. In addition to my training as a criminal investigator, I hold a bachelor's degree with a concentration in criminal justice from Southern New Hampshire University. As part of my duties as a SA, I investigate various criminal violations, including larceny. These investigations involve violations of the Uniform Code of Military Justice (UCMJ), as well as violations of the United States Code and Code of Virginia. As a SA of DACID, I am authorized to investigate crimes involving violations of the UCMJ and other applicable laws where there is an Army interest and nexus.

2.     The statements in this affidavit are based in part on information and reports provided by Loss Prevention personnel from the Army and Air Force Exchange Service (AAFES), Military Police Investigators, DACID Special Agents, and on my background and experience as a

SA. This affidavit contains the information necessary to support probable cause and is not intended to include each and every fact observed by me or known to the government.

## **PROBABLE CAUSE**

3.      On or about December 22, 2022, an LPO at the Ft. Belvoir Main AAFES Exchange store observed ADDIS AMSALU remove Exchange property and exit the Exchange without paying for it. The LPOs stopped AMSALU and located seven Garmin wrist watches in his bag. The Exchange is within the special territorial and maritime jurisdiction of the United States, in the Eastern District of Virginia.

4.      I reviewed CCTV footage provided by AAFES LPO and observed AMSALU remove the loss-prevention "spider tags" from boxes containing the wrist watches, place the wristwatches in a bag and then exit the store.

## **CONCLUSION**

5.      Based on the facts outlined above, I submit there is probable cause to believe that on or about December 22, 2022, at Fort Belvoir, within the special territorial and maritime jurisdiction of the United States in the Eastern District of Virginia, Addis Amsalu stole things of value of the United States in violation of 18 U.S.C. § 641.

Respectfully submitted,

VOLPE.ANTHONY.JOS EPH.II.1404826138  Digitally signed by VOLPE.ANTHONY.JOSEPH.II.1404826138  Date: 2023.06.27 16:42:24 -04'00'

Anthony J. Volpe
Special Agent
DACID